# Order

Michigan Supreme Court
Lansing, Michigan

February 7, 2011

141954

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

COLOR MINI CAMERA, SWANN D 14
TWIN PACK CAMERA, 5.1 PHILLIPS BRAND
SURROUND SOUND SPEAKERS, CURTIS
MATHES COLOR FLAT SCREEN TELEVISION,
SONY BRAND BIG SCREEN TELEVISION SN
9714363, DELL BRAND COMPUTER TOWER,
KEY BOARD, LCD MONITOR & MOUSE,
KODAK EASY SHARE 2612 DIGITAL
CAMERA WITH DOCKING STATION, SONY
BRAND STEREO RECEIVER SN 8854606,
VIDEO ROUTER WITH FOUR CHANNELS,
DELPHI XM RADIO RECEIVER, 2000 GMC
PICKUP BLACK WITH CAB VIN
1GTGK24U7YE146315, YARD MACHINE
SNOW BLOWER #1K045B70430, LAWN BOY
PUSH MOWER # 250012863, RYOBI LAWN
TRIMMER #A40743824, POULON BRAND
CHAIN SAW SN 00333D300, COMMERCIAL
SERIES CHAR-BROIL GRILL GAS SN
80004330, RYOBI TABLE SAW SN X052795649,
RYOBI CHOP SAW SN V0449 and $878,
       Defendants,
and

TINA SOCOLOVITCH and ANDREW M.
KOSACK,
       Claimants-Appellants.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 141954
COA: 291418
Emmet CC: 07-009780-CF

On order of the Court, the application for leave to appeal the September 14, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

_____
Clerk